UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA M. DEAN,

                    Plaintiff,

      -against-

U.S.A., INC.,

                    Defendant.

25-cv-4604 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the July 28, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 30, 2025
           New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge